# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **CRAIG JASON FAMBROUGH,** *Petitioner,* v. **Commissioner TYRONE OLIVER,** *Respondent.*[1] | Case No. 3:25-cv-120-TES-AGH |

## ORDER ADOPTING THE UNITED STATES
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On October 29, 2025, the United States Magistrate Judge filed a Report and Recommendation ("R&R") and ultimately recommended that Respondent Tyrone Oliver's motion to dismiss Petitioner's application for habeas corpus relief under 28 U.S.C. § 2254 be granted and that, furthermore, a certificate of appealability should be denied. [Doc. 13]. Plaintiff has not timely filed an objection or sought an extension of time to file an objection within the 14-day period outlined in the magistrate judge's R&R. [*Id.*, p. 6]. Thus, the Court reviews the R&R for clear error. *See* 28 U.S.C. § 636(b)(1), *in connection with* Fed. R. Civ. P. 6(a)(1) & (d).

---

[1] Petitioner originally identified the warden of Coffee County Correctional Facility as the respondent. [Doc. 1]. However, because Coffee County Correctional Facility is a private prison under contract with the state of Georgia, Tyrone Oliver—the Georgia Department of Corrections Commissioner—moved to intervene as Respondent. [Doc. 6]. The Court granted that motion on August 11, 2025. [Doc. 12].

Having considered the R&R, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's R&R [Doc. 13] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS** Respondent's Motion to Dismiss [Doc. 9] and **DISMISSES** Petitioner's application for a writ of habeas corpus [Doc. 1] as untimely. The Court further **DENIES** a certificate of appealability.

**SO ORDERED**, this 1st day of December, 2025.

S/ Tilman E. Self, III  
**TILMAN E. SELF, III, JUDGE**  
**UNITED STATES DISTRICT COURT**
